**Leonard Holt, Plaintiff and Counter Defendant-Appellee, v. Shelby Mathes, d/b/a Shelby's Service Station, Defendant and Counter Plaintiff-Appellant.**

Gen. No. 64-72.

Fifth District.

February 24, 1965.

Rehearing denied March 24, 1965.

Meyer and Meyer, of Belleville, for appellant; Jerome Lopinot, of East St. Louis, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.